IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PECA-HEW ANNUITY FUND, by its trustees, Rodney Kim, Nicholas Teves, Jr., Scott Waracka, Rodney Capello, Morris Kaneshiro, Wayne Ogata, and Dean Matsumura ,<br><br>Plaintiffs,<br><br>vs.<br><br>ARSENIO MATIAS,<br><br>Defendant. | CIVIL 08-00028 JMS-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 6, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings of Fact and Recommendation to Enter Default Judgment against defendant Arsenio

///

///

///

Matias; Exhibit 'A'," are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, May 23, 2008.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge

*PECA-HEW ANNUITY FUND vs. MATIAS*, Civ. No. 08-00028 JMS-LEK; Order Adopting Magistrate Judge's Findings of Fact and Recommendation